## NORRIS V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by DENSON, J.

All the justices concur.

---

## NORWOOD V. TYSON, ET. AL.

(Decided July 6, 1907. Rehearing denied Feb. 6, 1908.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

J. M. CHILTON, for appellant. GUNTER & GUNTER, for appellee.

Reversed and rendered. Opinion by ANDERSON, J.

HARALSON, DOWDELL, SIMPSON, DENSON and McCLELLAN, JJ., concur. (TYSON, C. J. disqualified and not sitting.)

---

## NUNN V. CHADWICK, ET AL.

(Decided Jan. 16, 1908.)

APPEAL from Blount Circuit Court.

Heard before Hon. W. W. HARALSON.

E. O. McCORD, and BILBRO, INZER & STEPHENS, for appellant. GOODHUE & BLACKWOOD, for appellee.

Appeal dismissed. Opinion by ANDERSON, J.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

---

## ROBINSON V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. J. C. RICHARDSON.

TERRY RICHARDSON, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Per curiam. Appeal dismissed.